# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, as Trustee and Custodian for MSIX 2006-1 by: Saxon Mortgage Services, Inc. f/k/a Meritech Mortgage Services, Inc. as its attorney-in-fact**<br><br>**Plaintiff,**<br><br>vs.<br><br>**Catherine Jones, aka Catherine N. Jones, et al.**<br><br>**Defendants.** | Case No. 2:07-cv-503<br><br>Judge Algenon L. Marbley<br><br><u>**ORDER OF CONFIRMATION OF SALE AND DISTRIBUTION**</u> |

This action is before the Court upon the Notice of Deposit of Foreclosure Sale filed by the Special Master with respect to the property commonly known as 5329 Poplar Wood Road, Columbus, OH 43229, parcel no. 010-130197-005329 (the "Property"). The legal description of the Property is attached to this order as Exhibit A, which is incorporated herein by reference.

1. Consistent with section 3.12 of General Order No. 07-03 and section 2329.34 of the Ohio Revised Code, the Court finds that a special reason exists why a county sheriff or the United States Marshal's Office cannot conduct the sale.

2. The Property was sold by the Special Master on May 29, 2008 to Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, as Trustee and Custodian for MSIX 2006-1 by: Saxon Mortgage Services, Inc. f/k/a Meritech Mortgage Services, Inc. as its attorney-in-fact for the following amount: $80,000.00.

3. Having carefully examined the proceedings of the officer, the Court finds that the sale of the Property conformed in all respects to the law and the prior orders of this Court and hereby confirms and approves the sale of the Property and these proceedings.

4. The Special Master, within 5 days of the date of this Entry, shall convey the Property to Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, as Trustee and Custodian for MSIX 2006-1 by: Saxon Mortgage Services, Inc. f/k/a Meritech Mortgage Services, Inc. as its attorney-in-fact by deed according to law free and clear of all liens and encumbrances and shall issue the deed in the following name: Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, as Trustee and Custodian for MSIX 2006-1 by: Saxon Mortgage Services, Inc. f/k/a Meritech Mortgage Services, Inc. as its attorney-in-fact.

5. The tax mailing address of the purchaser of the Property is as follows: c/o Saxon Mortgage Services, Inc., 4708 Mercantile Drive North, Fort Worth, Texas 76137-3605.

6. The prior deed reference with respect to the Property is as follows: Deed dated April 11, 2006, filed April 19, 2006, recorded at Official Instrument Number 200604190073405, Recorder's Office, Franklin County, Ohio.

7. The purchaser of the Property is hereby subrogated to the rights of the mortgagees and lien holders in the Property to the extent necessary to protect the purchaser's title to the Property.

8. The Court hereby grants the purchaser of the Property a writ of possession to put the purchaser in possession of the Property.

9. The Court hereby orders the release of all mortgages and liens held by all parties to this

action. As a result, upon recording of a certified copy of this Order in the office of the Franklin County Recorder, each of the mortgages and liens listed on Exhibit B, which is attached to this Order and incorporated herein by reference, shall be ordered released by operation of law. Such mortgages and liens shall be released only to the extent that they encumber the property foreclosed upon in this action and not to the extent that they encumber any other property.

10. Because Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, as Trustee and Custodian for MSIX 2006-1 by: Saxon Mortgage Services, Inc. f/k/a Meritech Mortgage Services, Inc. as its attorney-in-fact holds a valid and subsisting mortgage on the Property, it need not pay the full amount of the purchase price to the Special Master . Instead, the bid of Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, as Trustee and Custodian for MSIX 2006-1 by: Saxon Mortgage Services, Inc. f/k/a Meritech Mortgage Services, Inc. as its attorney-in-fact shall be credited against the amount of the judgment previously entered in its favor. Plaintiff is further ordered to pay the following:

   a. To the County Treasurer, $0.00 for taxes and assessments due on the Property as represented by tax bill attached as Exhibit C.

11. The following amount shall be applied as a credit toward the amount of the judgment previously entered in favor of the Plaintiff: $80,000.00.

12. The Clerk is hereby ordered to distribute $500.00 to the Special Master from the amount placed on deposit by the Plaintiff.

13. Having distributed payment for the appraisals in accordance with section 3.12 of General

Order 07-03, the Clerk is hereby ordered to return the balance of the deposit, $550.00, plus accrued interest, if any, to the Plaintiff.

**IT IS SO ORDERED**.

_____
Judge Algenon L. Marbley
United States District Court Judge

Approved:

/s/ Kevin L. Williams
Kevin L. Williams (0061656)
Manley Deas Kochalski LLC
P. O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-222-4921
Fax:  614-220-5613
Email: klw-f@mdk-llc.com
Attorney for Plaintiff